M. P. No. 425. SANFORD M. KIRSHENBAUM *v.* CITY COUNCIL OF CRANSTON. Motion of petitioner for leave to file petition for writ of certiorari denied. *Allen M. Kirshenbaum,* for petitioner. *Peter Palombo, Jr.,* City Solicitor, *Peter Lawson Kennedy,* Assistant City Solicitor, for respondent.